UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KEVIN ORCEL,                          Civil Action No.: 26-1065

     Plaintiff(s),

v.                                    ORDER FOR DISMISSAL

THE OLD YEW PLANT SHOP,
LLC.,

     Defendant(s)·

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default judgment be entered against defendant, **The Old Yew Plant Shop, LLC** within the time frame established by this Court;

     **It is on this 21st day of MAY, 2026,**

     **ORDERED** that this action is hereby dismissed as to defendant, **The Old Yew Plant Shop, LLC,** without prejudice for failure to comply with the court's order of May 6, 2026.

_Brian R. Martinotti_
BRIAN R. MARTINOTTI, U.S.D.J.